1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KELLY G. WILKINSON,                          No.  2:24-cv-01742-TLN-SCR

12              Plaintiff,

13        v.                                       ORDER TO SHOW CAUSE

14   EL DORADO COUNTY HEALTH AND
     HUMAN SERVICES AGENCY, et al.,
15
                Defendants.
16

17

18

19        Plaintiff is proceeding pro se in this action, which is referred to the undersigned pursuant

20   to Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).  On June 20, 2024, Plaintiff filed a complaint

21   and a motion to proceed in forma pauperis ("IFP").  ECF Nos. 1 and 2.  On June 9, 2025, this

22   Court granted the motion to proceed IFP and screened the complaint per the screening process

23   required by 28 U.S.C. § 1915(e)(2).  ECF No. 4.  The Court found the complaint failed to state a

24   claim and allowed Plaintiff to file an amended complaint.  *Id*.  The Court's order provided in

25   relevant part that Plaintiff shall have 30 days to file an amended complaint that addresses the

26   defects set forth in the order.  ECF No. 4 at 9.  The Order warned that failure to comply may

27   result in a recommendation that the action is dismissed.  *Id*.  More than 30 days have passed, and

28   Plaintiff has not filed an amended complaint.

                                          1

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 14 days**, why the failure to file an amended complaint should not result in a recommendation that this case be dismissed based on failure to state a claim. Plaintiff's response may be the filing of an amended complaint that complies with the Court's prior order. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

SO ORDERED.

DATED: July 23, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2