UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY G. WILKINSON,<br><br>              Plaintiff,<br><br>      v.<br><br>EL DORADO COUNTY HEALTH AND HUMAN SERVICES AGENCY, et al.,<br><br>              Defendants. | No.  2:24-cv-01742-TLN-SCR<br><br><br><br>ORDER |

Plaintiff is proceeding pro se in this action.  This matter was accordingly referred to the undersigned pursuant to Local Rule 302(c)(21).  Plaintiff filed a request to seal certain documents in the record which contain personal identifying information, including the name of his minor daughter.  Plaintiff contends such information should have been redacted under Federal Rule of Civil Procedure 5.2(a).  Plaintiff is correct that Rule 5.2(a) provides redaction requirements for minor's names, and personal identifying information such as date of birth and social security numbers.  Local Rule 140 also requires the redaction of such information.

Here, it was Plaintiff who included the information in the filings which he now seeks to file under seal.  The Court finds good cause to grant Plaintiff's motion to seal.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's motion to seal (ECF No. 11) is GRANTED.

1

2. The Clerk shall seal the following docket entries: ECF No. 1; ECF No. 8; and ECF No. 9-2.

SO ORDERED.

DATED: November 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2